IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY T. DISMUKES**                                                                                                  **PLAINTIFF**

v.                                                                          CIVIL NO. 1:23-cv-00273-BWR

**SHATIKA LOCKHEART, et al.**                                                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Bobby T. Dismukes' claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this case is **CLOSED**.

**SO ORDERED AND ADJUDGED,** this 18th day of March, 2025.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE